**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Pete SMITH, a/k/a Pete Noble
Muhammad, a/k/a Jose,
Defendant—Appellant.**

No. 04–7962.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 9, 2005.

Decided March 2, 2005.

Pete Smith, Appellant pro se. Anna Mills Wagoner, United States Attorney, Greensboro, North Carolina, for Appellee.

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Pete Smith appeals the district court's order denying his motion for reconsideration filed under Fed.R.Civ.P. 60(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Smith*, No. CR–93–117 (M.D.N.C. Nov. 26, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*